AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers et al.<br>*Plaintiff(s)*<br>v.<br>M.V.M. Contracting Corp. a/k/a MVM Contracting Corp.and M.V.M. Construction, LLC a/k/a MVM Construction and MVM Contracting Group of Westchester LLC<br>*Defendant(s)* | Civil Action No. 16-CIV-6267 (CS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M.V.M. Contracting Corp. a/k/a MVM Contracting Corp.and M.V.M. Construction, LLC a/k/a MVM Construction and MVM Contracting Group of Westchester LLC
100 Oak Street
Mount Vernon, New York 10550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Giacchino J. Russo
Barnes, Iaccarino & Shepherd LLP
258 Saw Mill River Road
Elmsford, New York 10523

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/08/2016

/S/ V. FRROKAJ

*Signature of Clerk or Deputy Clerk*

